# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**AMANDA STOOTS ET AL.**                **CASE NO.  2:20-CV-00295**

**VERSUS**                               **JUDGE JAMES D. CAIN, JR.**

**CITY OF LEESVILLE ET AL.**             **MAGISTRATE JUDGE KAY**

## ORDER

Upon consideration of the plaintiffs' Motion for Extension [doc. 23], filed with consent of defendants, the court finds that the motion should be **GRANTED**. Accordingly,

**IT IS ORDERED** that plaintiffs' deadline for responding to the pending Motions to Dismiss [docs. 6, 7, 9, 19, and 20] be extended to **July 17, 2020**. Defendants will then have until **July 24, 2020,** to submit their replies.

**THUS DONE AND SIGNED** in Chambers on this 11th day of June, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**