# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**AMANDA STOOTS ET AL.**          **CASE NO. 2:20-CV-00295**

**VERSUS**          **JUDGE JAMES D. CAIN, JR.**

**CITY OF LEESVILLE ET AL.**          **MAGISTRATE JUDGE KAY**

## ORDER

Upon consideration of the foregoing joint Motion to Stay [doc. 26], the court finds that good cause exists to stay proceedings pending the anticipated filing of a second amended complaint and that the motion should be **GRANTED**.

Accordingly, **IT IS ORDERED** that all deadlines in this matter, including response deadlines to the first amended complaint and the defendants' motions to dismiss, be **STAYED** pending further order of the court. **IT IS FURTHER ORDERED** that the parties file a joint status report no later than **60 days** from the date of this order to apprise the court of the procedural posture of this matter, including whether the case is in a posture to reschedule applicable deadlines.

**THUS DONE AND SIGNED** in Chambers on this 24th day of June, 2020.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**